# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD D. WARNER, | ) | 3:04-CV-0545-LRH (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 14, 2006 |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>GINA MUGNAINI</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On March 7, 2006, the court entered an Order Concerning Review of Social Security Cases (Doc. #12). To date, Plaintiff has failed to comply.

The Plaintiff shall be given thirty (30) days from the date of this order in which to comply with the Order Concerning Review of Social Security Cases (Doc. #12). Failure to comply by that date will result in a recommendation to dismiss this matter.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: <u>   /s/                    </u>
        Deputy Clerk