UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| RONALD D. WARNER, ) | |
| ) | |
| Plaintiff, ) | 3:04-cv-00545-LRH (RAM) |
| ) | |
| v. ) | |
| ) | O R D E R |
| JO ANN B. BARNHART, Commissioner of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court has considered the Report and Recommendation of United States Magistrate Judge Robert A. McQuaid, Jr. (#18) filed on July 18, 2006, in which the Magistrate Judge recommends that the court enter its order dismissing this action for Plaintiff's failure to comply with LSR 2-2 and advise the court of his change of address. No objections have been filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby:

/ / /

/ / /

/ / /

/ / /

/ / /

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#18); therefore, this action is dismissed for failure of Plaintiff to comply with LSR 2-2 and advise the court of his change of address.

IT IS SO ORDERED.

The Clerk of the Court shall enter Judgment accordingly.

DATED this 5th day of September, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE